

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00557-CR

Rafael **CASTILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR2162
Honorable Jennifer Peña, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED February 21, 2024.

_____
Beth Watkins, Justice